OFFICE OF DISCIPLINARY
COUNSEL Petitioner,

v.

Frank J. MARCONE, Petitioner.

No. 146 DB 91.
No. 89 Disciplinary Docket.
No. 3—Supreme Court.

Supreme Court of Pennsylvania.

April 5, 1995.

### ORDER of SUPERSEDEAS

AND NOW, this 4th day of April, 1995, upon consideration of the Motion filed on behalf of the Respondent Attorney, Frank J. Marcone, Esquire it is hereby ORDERED and DECREED a Supersedeas issue and Order of the Pennsylvania Supreme Court entered on March 6, 1995, is Stayed thereby and until further Order of This Court.

A Hearing is to be held on this matter on Wednesday, April 5, 1995 at 3:00 p.m., at 1818 Market Street, 37th Floor, Philadelphia, PA, in the chambers of Supreme Court Justice Ronald D. Castille, sitting as Emergency Justice in light of the recusal of Senior Justice Frank J. Montemuro from this matter.

■

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Simon W. TACHE, Respondent.

No. 71 Disciplinary Docket No. 3.
Disciplinary Board No. 131 DB 94.

Supreme Court of Pennsylvania.

May 31, 1995.

### ORDER

PER CURIAM:

AND NOW, this 31st day of May, 1995, there having been filed with this Court by Simon W. Tache his verified Statement of Resignation dated March 23, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Simon W. Tache be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.